# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

Deborah S. Hunt                POTTER STEWART U.S. COURTHOUSE                Tel. (513) 564-7000
Clerk                          CINCINNATI, OHIO 45202-3988                  www.ca6.uscourts.gov

Filed:  June 14, 2023

John Meyer
8969 Applewood Drive
Cincinnati, OH 45236

      Re:  Case No. 23-5552, *John Meyer v. John Pellegrin*
           Originating Case No. : 3:19-cv-00413

Dear Mr. Meyer,

   This appeal has been docketed as case number **23-5552** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed.  Copies are no longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer.  Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it.  The following forms are due by **June 28, 2023**.

                        Appearance of Counsel
         Appellee:    Disclosure of Corporate Affiliation
                        Application for Admission to 6th Circuit Bar (if applicable)

   The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                        Sincerely yours,

                        s/Ryan E. Orme
                        Case Manager
                        Direct Dial No. 513-564-7079

cc:  Ms. Alaina M. Beach

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 23-5552**

JOHN MEYER

       Plaintiff - Appellant

v.

JOHN PELLEGRIN

       Defendant - Appellee