RECEIVED
01/02/2024
KELLY L. STEPHENS, Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
**CINCINNATI, OHIO**

| | |
|---|---|
| JOHN MEYER | Case No.23-5552 |
| Plaintiff-Appellant | |
| Vs. | MOTION FOR EXTENSION |
| | OF TIME TO FILE |
| JOHN PELLEGRIN | REPLY BRIEF |
| Defendant-Appellee | |

Now comes the Appellant, John Meyer, and hereby requests this honorable court to grant him an extension of 20 days to file his brief in the above captioned case on the grounds that he is filing his brief Pro Se, has been delayed by the holidays and has not completed it.

Respectfully submitted,

*John Meyer*

John Meyer-

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was mailed by regular U.S. Mail to Janet Strevel Hayes at Lewis Thomason, PC, P.O. Box 2425, Knoxville, TN 37901-2425 this 31st day of December, 2023.

*John Meyer*

John Meyer, Pro Se